UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ 11-410 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| DARRELL G. JONES, | ) |
| | ) |
| Defendant. | ) |

Offense charged: Felon in Possession of a Firearm

Date of Detention Hearing: September 6, 2011.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has an extensive criminal history that includes a lengthy history of

bench warrants and failures to follow court orders. The AUSA proffers that defendant violated a court order protecting a juvenile. He has ten felony convictions including firearms charges, and a number of assault charges.

2. Defendant poses a risk of nonappearance due to the contradiction of some of his background information by his verification source, numerous failures to appear, a history of failing to comply with court orders, substance abuse history, and current unemployment. He poses a risk of danger based on criminal history, failing to comply, prior assaultive behavior, and lack of verified information about substance abuse or mental health history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

01 | for the defendant, to the United States Marshal, and to the United State Pretrial Services
02 | Officer.
03 | DATED this 6th day of September, 2011.

                                            Mary Alice Theiler
                                            United States Magistrate Judge

DETENTION ORDER
PAGE -3